Anthony D'Onofrio et al., Respondents, v. Edward Davis, Appellant.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.